# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: TIMOTHY S. MAAVICH & TAMMY L. MAAVICH  
16744 BOSWELL ROAD  
ROCKTON, IL  61072  

SSN-xxx-xx-4844 & xxx-xx-6037

Case Number: 06-71622

Case filed on: 9/5/2006  
Plan Confirmed on: 5/18/2007

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $51,408.18          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BALSLEY & DAHLBERG LLP | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
|  | Total Legal | 2,700.00 | 2,700.00 | 2,700.00 | 0.00 |
| 999 | TIMOTHY S. MAAVICH | 0.00 | 0.00 | 2,472.57 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 2,472.57 | 0.00 |
| 001 | FLAGSTAR BANK, FSB | 17,436.52 | 8,489.66 | 8,489.66 | 0.00 |
| 002 | SOUTH SIDE AUTO | 4,010.00 | 4,010.00 | 4,010.00 | 0.00 |
|  | Total Secured | 21,446.52 | 12,499.66 | 12,499.66 | 0.00 |
| 003 | BELOIT CLINIC | 1,770.74 | 0.00 | 0.00 | 0.00 |
| 004 | ALLIANT ENERGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ECAST SETTLEMENT CORPORATION | 11,071.54 | 11,071.54 | 11,071.54 | 0.00 |
| 006 | B-REAL LLC | 5,535.17 | 5,535.17 | 5,535.17 | 0.00 |
| 007 | CITY OF SOUTH BELOIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | LVNV FUNDING LLC | 1,231.96 | 1,231.96 | 1,231.96 | 0.00 |
| 009 | CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CREDITORS ALLIANCE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | PRAIRIE ROSE APTS. | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ROCKFORD MERCANTILE AGENCY INC | 1,761.90 | 1,761.90 | 1,761.90 | 0.00 |
| 013 | DISCOVER FINANCIAL SERVICES | 8,168.74 | 8,168.74 | 8,168.74 | 0.00 |
| 014 | AFNI/VERIZON | 752.34 | 752.34 | 752.34 | 0.00 |
| 015 | WISCONSIN POWER & LIGHT | 1,944.81 | 1,944.81 | 1,944.81 | 0.00 |
|  | Total Unsecured | 32,237.20 | 30,466.46 | 30,466.46 | 0.00 |
|  | Grand Total: | 56,383.72 | 45,666.12 | 48,138.69 | 0.00 |

Total Paid Claimant:     $48,138.69  
Trustee Allowance:       $3,269.49  
Percent Paid Unsecured:    100.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 10/30/2008          By  /s/Heather M. Fagan